**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**FLORENCE MOFFETT,**

     Plaintiff,

v.                                                        Civil Action No. 7:14-CV-141 (HL)

**BERRIEN COUNTY BOARD OF
EDUCATION and PAULA RALEY**,

     Defendants.

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss (Doc. 11). The motion is granted, and this case is dismissed without prejudice. All other pending motions are moot.

**SO ORDERED**, this the 20th day of October, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr